2009–1897.   **State ex rel. Turner v. Carthage Twp. Bd. of Trustees.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application for dismissal,
    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

### March 15, 2010

[Cite as *03/15/2010 Case Announcements #2,* 2010-Ohio-1012.]

## MOTION AND PROCEDURAL RULINGS

2010–0434.   **State ex rel. Stewart v. Clinton Cty. Bd. of Elections.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition involving an expedited election matter. Upon consideration of the motion of Patrick Haley to intervene as respondent,
    It is ordered by the court that the motion to intervene is granted. Haley's evidence and brief are due on the same date as respondents' evidence and brief.

## CASE ANNOUNCEMENTS

### March 16, 2010

[Cite as *03/16/2010 Case Announcements #2,* 2010-Ohio-1030.]